SM/2018R01180

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 19- 920 |
| NICOLA MARCHESE | : | 26 U.S.C. § 7206(1) |

I N F O R M A T I O N

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey, charges:

**COUNT ONE**
**(Making And Subscribing A False Income Tax Return)**

1. At all times relevant to this Information:

    a. Defendant NICOLA MARCHESE was a resident of New Jersey and the sole owner and operator of Napoli Painting Company, Inc. (the "Company").

    b. The Internal Revenue Service, an agency of the United States within the Department of the Treasury, was responsible for administering and enforcing the tax laws of the United States.

2. On or about March 15, 2012, in the District of New Jersey and elsewhere, the defendant,

**NICOLA MARCHESE,**

did knowingly and willfully make and subscribe a U.S. Corporate Income Tax Return, Form 1120, corresponding to tax year 2011, which was verified by a written declaration that it was made under the penalties of perjury and was

filed with the Internal Revenue Service, which U.S. Corporation Income Tax Return NICOLA MARCHESE did not believe to be true and correct as to every material matter, in that the U.S. Corporation Income Tax Return reported total income of $420,330, whereas, he then and there well knew and believed the Company had an additional total income of at least $82,000 that was not reported on said return.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT TWO
## (Making and Subscribing a False Income Tax Return)

1. The allegations set forth in paragraph 1 of Count One of this Information are realleged and incorporated as though fully set forth in this paragraph.

2. On or about the April 11, 2013, in the District of New Jersey and elsewhere, the defendant,

**NICOLA MARCHESE,**

did knowingly and willfully make and subscribe a U.S. Corporate Income Tax Return, Form 1120, corresponding to tax year 2012, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which U.S. Corporation Income Tax Return NICOLA MARCHESE did not believe to be true and correct as to every material matter, in that the U.S. Corporation Income Tax Return reported total income of $410,742, whereas, he then and there well knew and believed the Company had an additional total income of at least $184,084 that was not reported on said return.

In violation of Title 26, United States Code, Section 7206(1).


_____
CRAIG CARPENITO
United States Attorney